**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN PLISIK, | No. C-14-1056 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT OR STATEMENT INDICATING WHY SHE SHOULD NOT BE REQUIRED TO DO SO; CONTINUING JUNE 13, 2014 CASE MANAGEMENT CONFERENCE** |
| v. | |
| SOUTHERN ASSET RECOVERY INC., | |
| Defendant. | |
| _____/ | |

On April 18, 2014, the Clerk of Court entered the default of defendant Southern Asset Recovery, Inc., the sole named defendant herein.

Accordingly, plaintiff is hereby DIRECTED to file, no later than June 27, 2014, a motion for default judgment or, alternatively, a statement indicating why she should not be required to do so.

In light of the above, the Case Management Conference, presently scheduled for June 13, 2014, is hereby CONTINUED to August 22, 2014, at 10:30 a.m.  A Case Management Statement shall be filed no later than August 15, 2014.

**IT IS SO ORDERED.**

Dated:  May 30, 2014

MAXINE M. CHESNEY
United States District Judge