IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN PLISIK,

        Plaintiff,

  v.

SOUTHERN ASSET RECOVERY, INC.,

        Defendant.
                                           /

No. CV-14-1056 MMC

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The application is hereby GRANTED in part, and plaintiff shall have judgment against defendant in the total amount of $4175, comprising statutory damages in the amount of $250, attorney's fees in the amount of $3400 and costs in the amount of $525.

Dated: July 21, 2014

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk